45D01-2212-CT-001237
Lake Superior Court, Civil Division 1

Filed: 12/7/2022 10:08 AM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR/CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN: _____ |

STATE OF INDIANA )
) SS:
COUNTY OF LAKE )

IN THE LAKE SUPERIOR/CIRCUIT COURT

SITTING IN: _____

SHONTA PEREZ,

    Plaintiff,

-vs-

PETSMART, LLC, individually, and d/b/a PETSMART; BC PARTNERS, INC., individually, and d/b/a PETSMART and/or PETSMART, LLC; BC PARTNERS, LLC, individually, and d/b/a PETSMART and/or PETSMART, LLC; ARGOS HOLDINGS GP, INC., individually, and d/b/a PETSMART and/or PETSMART, LLC; and ARGOS INTERMEDIATE HOLDCO III, LLC, individually, and d/b/a PETSMART and/or PETSMART, LLC;

    Defendants.

CAUSE NO.:

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, SHONTA PEREZ, by counsel, Jason R. Moseley, Miguel F. Martinez, and James A. Hoffman of the LAW OFFICES OF MOSELEY & MARTINEZ, LLC, and for her cause of action against the Defendants, PETSMART, LLC, individually and d/b/a PETSMART (hereinafter referred, "PETSMART"), BC PARTNERS, INC., individually and d/b/a PETSMART and/or PETSMART, LLC, (hereinafter referred, "BC PARTNERS, INC."), BC PARTNERS, LLC, individually and d/b/a PETSMART and/or PETSMART, LLC, (hereinafter referred, "BC PARTNERS, LLC), ARGOS HOLDINGS GP, INC., individually and d/b/a PETSMART and/or PETSMART, LLC (hereinafter referred, "ARGOS HOLDINGS GP, INC."), and ARGOS INTERMEDIATE HOLDCO III, LLC, individually and d/b/a PETSMART and/or

12-21-2022     302066826040001     6020221221046002

PETSMART, LLC, (hereinafter referred, "ARGOS INTERMEDIATE HOLDCO III, LLC), alleges and states as follows:

## FACTS COMMON TO ALL COUNTS

1. At all relevant times herein, the Plaintiff, SHONTA PEREZ, was a resident of Merrillville, Lake County, Indiana.

2. Upon information and belief, at all times relevant herein, Defendant, PETSMART is an Arizona Foreign Limited Liability Company authorized to do business within the State of Indiana, that owned and/or operated a retail business under the assumed name "Petsmart" located at 2881 East U.S. Highway 30 Hobart, Indiana 46342. (hereinafter referred, to as Premises).

3. Upon information and belief, at all times relevant herein, Defendant, BC PARTNERS, INC. is a Delaware Foreign Business Corporation authorized to do business within the State of Indiana that owned and/or operated a retail business under the assumed name "Petsmart" located at 2881 East U.S. Highway 30 Hobart, Indiana 46342.

4. Upon information and belief, at all times relevant herein, Defendant, BC PARTNERS, LLC, is an Indiana Domestic Limited Liability Company authorized to do business within the State of Indiana that owned and/or operated a retail business under the assumed name "Petsmart" located at 2881 East U.S. Highway 30 Hobart, Indiana 46342.

5. Upon information and belief, at all times relevant herein, Defendant, ARGOS HOLDINGS GP, INC., is a Delaware Foreign Business Corporation authorized to do business within the State of Indiana that owned and/or operated a retail business

12-21-2022    302066826040001    6020221221046002

under the assumed name "Petsmart" located at 2881 East U.S. Highway 30 Hobart, Indiana 46342.

6. Upon information and belief, at all times relevant herein, Defendant, ARGOS INTERMEDIATE HOLDCO III, LLC, is a Delaware Limited Liability Company authorized to do business within the State of Indiana that owned and/or operated a retail business under the assumed name "Petsmart" located at 2881 East U.S. Highway 30 Hobart, Indiana 46342.

7. This Court has jurisdiction over this matter pursuant to Indiana Trial Rule 75(A)(2) as all events occurred on the subject premises located in Lake County, Indiana.

8. That on December 7, 2020 (hereinafter referred, to as Incident Date), the Plaintiff, SHONTA PEREZ was lawfully on said Premises during normal and customary business hours and was a business invitee of PETSMART.

9. That at all relevant times herein, Defendants were in control, possession, and management of said Premises and had a duty to operate and maintain the property in a reasonably safe condition for business invitees.

10. That on the incident date, the Plaintiff, SHONTA PEREZ was walking on the Premises in the store to pick up her pet when she slipped and fell landing on the hard concrete floor, hitting her head, back, and buttocks.

11. That the Plaintiff, SHONTA PEREZ reported the incident to the unknown manager in training, John Doe, but no report was taken.

12. That approximately one (1) week later, SHONTA PEREZ was contacted by an unknown Store Manager, Jane Doe, but no further action was taken.

13. That on December 7, 2020, the Plaintiff, SHONTA PEREZ sustained immediate bodily injuries.

14. As a direct and proximate result of the Defendants' actions, the Plaintiff sustained severe personal injuries; incurred and will continue to incur ambulance, hospital, diagnostic, surgical, therapeutic, pharmaceutical, and other medical expenses; suffered and will continue to suffer physical pain, mental suffering, terror, fright, humiliation, loss of enjoyment of life, potential permanent impairment; including potential lost wages and potential impairment of the ability to earn wages in the future; disability; disfigurement; lost time; and she incurred other injuries and damages of a personal and pecuniary nature; some or all of which may be permanent in nature.

## COUNT I - NEGLIGENCE – PETSMART, LLC, individually and d/b/a PETSMART

COMES NOW the Plaintiff, SHONTA PEREZ, by counsel, Jason R. Moseley, Miguel F. Martinez, and James A. Hoffman of the LAW OFFICES OF MOSELEY & MARTINEZ, LLC, and for her cause of action against the Defendant, PETSMART, LLC, individually and d/b/a PETSMART (hereinafter referred, "PETSMART"), alleges and states as follows:

15. Plaintiff re-alleges rhetorical paragraphs 1-14 of this Complaint for Damages and incorporates them herein.

16. That at all relevant times herein, PETSMART owed a duty to SHONTA PEREZ and others to reasonably protect them from harm and injury while on said Premises, and in the alternative, not to cause harm to a business invitee.

17. That Defendant, PETSMART failed to exercise the degree of care in the management and maintenance of Premises on December 7, 2020 as would have

been exercised by a person or business of ordinary prudence under the same or similar circumstances, all of which constitutes negligence.

18. That Defendant, PETSMART breached the duty of reasonable care and was negligent and/or reckless by and through the actions or inactions of its employees.

19. That the Defendant, PETSMART was careless and negligent in the following manner, including but not limited to:

    a. Defendant knew or should have known of the unreasonably dangerous condition;

    b. Defendant failed to correct or remedy the unreasonably dangerous condition;

    c. Defendant failed to exercise reasonable care to protect the Plaintiff against the dangerous condition;

    d. Defendant did not warn the Plaintiff of the unreasonably dangerous and/or unsafe condition;

    e. Defendant allowed, notwithstanding the needs of the public, unsafe conditions to exist, and furthermore, Defendants did not advise Plaintiff, of the unsafe conditions that existed;

    f. Defendant was careless in the maintenance of its business property and caused or contributed to the dangerous condition; and

    g. Defendant failed to comply with the doctrine of spoiliation of evidence, pursuant to Indiana law, to maintain and preserve evidence.

20. As a direct and proximate result of defendant's negligence, plaintiff sustained severe personal injuries; incurred and will continue to incur ambulance, hospital, diagnostic, surgical, therapeutic, pharameceutical, and other medical expenses;

suffered and will continue to suffer physical pain, mental suffering, terror, fright, humiliation, loss of enjoyment of life, potential permanent impairment; including potential lost wages and potential impairment of the ability to earn wages in the future; disability; disfigurement; lost time; and she incurred other injuries and damages of a personal and pecuniary nature; some or all of which may be permanent in nature.

WHEREFORE, plaintiff, SHONTA PEREZ prays for judgment against defendant, PETSMART, LLC, individually and d/b/a PETSMART in a just and proper amount, for the cost of this action, including pre-judgment and post-judgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

**Law Offices of Moseley & Martinez, LLC**

*/s/ Jason R. Moseley*
Jason R. Moseley, # 29397-45
*Attorney for Plaintiff*

*/s/ Miguel F. Martinez*
Miguel F. Martinez, #29012-49
*Attorney for Plaintiff*

*/s/ James A. Hoffman*
James A. Hoffman, #35252-64
*Attorney for Plaintiff*

### COUNT II – RESPONDEAT SUPERIOR
### PETSMART, LLC, individually and d/b/a PETSMART

COMES NOW the Plaintiff, SHONTA PEREZ, by counsel, Jason R. Moseley, Miguel F. Martinez, and James A. Hoffman of the LAW OFFICES OF MOSELEY & MARTINEZ, LLC,

and for her cause of action against the Defendant, PETSMART, LLC, individually and d/b/a PETSMART (hereinafter referred, "PETSMART"), alleges and states as follows:

21. That the Plaintiff repeats and re-alleges rhetorical paragraphs 1-20 above, as if fully set forth herein.

22. That at all times relevant herein Defendant, PETSMART negligently, recklessly and/or carelessly operated and maintained the subject Premises.

23. That at all times relevant the Defendant, PETSMART, acts through its agents and/or employees, all of whom who were acting within the course and scope of their employmenet and/or agency with PETSMART.

24. That PETSMART is vicariously liable for the negligence, recklessness, and/or carelessness of its employees and/or agents who are under its direct control and supervision and who are acting within the course and scope of their employment.

WHEREFORE, Plaintiff, SHONTA PEREZ by counsel, Jason R. Moseley, Miguel F. Martinez, and James A. Hoffman of the LAW OFFICES OF MOSELEY & MARTINEZ, LLC, prays for judgment against Defendant, PETSMART, LLC, individually and d/b/a PETSMART in a just and proper amount, for the cost of this action, including pre-judgment and post-judgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

**Law Offices of Moseley & Martinez, LLC**

/s/ *Jason R. Moseley*
Jason R. Moseley, # 29397-45
*Attorney for Plaintiff*

/s/ *Miguel F. Martinez*

Miguel F. Martinez, #29012-49
*Attorney for Plaintiff*

*/s/ James A. Hoffman*
James A. Hoffman, #35252-64
*Attorney for Plaintiff*

## COUNT III - NEGLIGENCE
### BC PARTNERS, INC., individually and d/b/a PETSMART and/or PETSMART, LLC, BC PARTNERS, LLC, individually and d/b/a PETSMART and/or PETSMART, LLC, ARGOS HOLDINGS GP, INC., individually and d/b/a PETSMART and/or PETSMART, LLC, and/or ARGOS INTERMEDIATE HOLDCO III, LLC, individually and d/b/a PETSMART and/or PETSMART, LLC

COMES NOW the Plaintiff, SHONTA PEREZ, by counsel, Jason R. Moseley, Miguel F. Martinez, and James A. Hoffman of the LAW OFFICES OF MOSELEY & MARTINEZ, LLC, and for her cause of action against the Defendant, BC PARTNERS, INC., individually and d/b/a PETSMART and/or PETSMART, LLC, BC PARTNERS, LLC, individually and d/b/a PETSMART and/or PETSMART, LLC, ARGOS HOLDINGS GP, INC., individually and d/b/a PETSMART and/or PETSMART, LLC, and/or ARGOS INTERMEDIATE HOLDCO III, LLC, individually and d/b/a PETSMART and/or PETSMART, LLC alleges and states as follows:

25. Plaintiff re-alleges rhetorical paragraphs 1-24 of this Complaint for Damages and incorporates them herein.

26. That at all relevant times herein, Defendants owed a duty to SHONTA PEREZ and others to reasonably protect them from harm and injury while on said Premises, and in the alternative, not to cause harm to a business invitee.

27. That Defendants failed to exercise the degree of care in the management and maintenance of Premises on December 7, 2020 as would have been exercised by a person or business of ordinary prudence under the same or similar circumstances, all of which constitutes negligence.

28. That Defendants breached the duty of reasonable care and were negligent and/or reckless by and through the actions or inactions of its employees.

29. That the Defendants were careless and negligent in the following manner, including but not limited to:

    a. Defendants knew or should have known of the unreasonably dangerous condition;

    b. Defendants failed to correct or remedy the unreasonably dangerous condition;

    c. Defendants failed to exercise reasonable care to protect the Plaintiff against the dangerous condition;

    d. Defendants did not warn the Plaintiff of the unreasonably dangerous and/or unsafe condition;

    e. Defendants allowed, notwithstanding the needs of the public, unsafe conditions to exist, and furthermore, Defendant did not advise Plaintiff, of the unsafe conditions that existed;

    f. Defendants were careless in the maintenance of its business property and caused or contributed to the dangerous condition; and

    g. Defendants failed to comply with the doctrine of spoiliation of evidence, pursuant to Indiana law, to maintain and preserve evidence.

30. As a direct and proximate result of defendant's negligence, plaintiff sustained severe personal injuries; incurred and will continue to incur ambulance, hospital, diagnostic, surgical, therapeutic, pharameceutical, and other medical expenses; suffered and will continue to suffer physical pain, mental suffering, terror, fright, humiliation, loss of enjoyment of life, potential permanent impairment; including

potential lost wages and potential impairment of the ability to earn wages in the future; disability; disfigurement; lost time; and she incurred other injuries and damages of a personal and pecuniary nature; some or all of which may be permanent in nature.

WHEREFORE, plaintiff, SHONTA PEREZ, by counsel, Jason R. Moseley, Miguel F. Martinez, and James A. Hoffman of the LAW OFFICES OF MOSELEY & MARTINEZ, LLC, prays for judgment against defendants, BC PARTNERS, INC., individually and d/b/a PETSMART and/or PETSMART, LLC, BC PARTNERS, LLC, individually and d/b/a PETSMART and/or PETSMART, LLC, ARGOS HOLDINGS GP, INC., individually and d/b/a PETSMART and/or PETSMART, LLC, and/or ARGOS INTERMEDIATE HOLDCO III, LLC, individually and d/b/a PETSMART and/or PETSMART, LLC, in a just and proper amount, for the cost of this action, including pre-judgment and post-judgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

**Law Offices of Moseley & Martinez, LLC**

*/s/ Jason R. Moseley*
Jason R. Moseley, # 29397-45
*Attorney for Plaintiff*

*/s/ Miguel F. Martinez*
Miguel F. Martinez, #29012-49
*Attorney for Plaintiff*

*/s/ James A. Hoffman*
James A. Hoffman, #35252-64
*Attorney for Plaintiff*

## COUNT IV – RESPONDEAT SUPERIOR
### BC PARTNERS, INC., individually and d/b/a PETSMART and/or PETSMART, LLC, BC PARTNERS, LLC, individually and d/b/a PETSMART and/or PETSMART, LLC, ARGOS HOLDINGS GP, INC., individually and d/b/a PETSMART and/or PETSMART, LLC, and/or ARGOS INTERMEDIATE HOLDCO III, LLC, individually and d/b/a PETSMART and/or PETSMART, LLC

COMES NOW the Plaintiff, SHONTA PEREZ, by counsel, Jason R. Moseley, Miguel F. Martinez, and James A. Hoffman of the LAW OFFICES OF MOSELEY & MARTINEZ, LLC, and for her cause of action against the Defendants, BC PARTNERS, INC., individually and d/b/a PETSMART and/or PETSMART, LLC, BC PARTNERS, LLC, individually and d/b/a PETSMART and/or PETSMART, LLC, ARGOS HOLDINGS, INC., individually and d/b/a PETSMART and/or PETSMART, LLC, and/or ARGOS INTERMEDIATE HOLDCO III, LLC, individually and d/b/a PETSMART and/or PETSMART, LLC, alleges and states as follows:

31. That the Plaintiff repeats and re-alleges rhetorical paragraphs 1-30 above, as if fully set forth herein.

32. That at all times relevant herein defendants own, operate, and/or control their employee, subsidiary and/or agent Defendant, PETSMART, LLC, individually and d/b/a PETSMART.

33. That at all times relevant herein Defendants negligently, recklessly and/or carelessly operated and maintained the subject Premises.

34. That at all times relevant the Defendants act through its agents and/or employees, all of whom who were acting within the course and scope of their employmenet and/or agency with the Defendant, PETSMART, LLC, individually and d/b/a PETSMART.

35. That Defendants are vicariously liable for the negligence, recklessness, and/or carelessness of its employees, subsidiaries and/or agents who are under its direct control and supervision and who are acting within the course and scope of their employment.

WHEREFORE, Plaintiff, SHONTA PEREZ by counsel, Jason R. Moseley, Miguel F. Martinez, and James A. Hoffman of the LAW OFFICES OF MOSELEY & MARTINEZ, LLC, prays for judgment against Defendant, BC PARTNERS, INC., individually and d/b/a PETSMART and/or PETSMART, LLC, BC PARTNERS, LLC, individually and d/b/a PETSMART and/or PETSMART, LLC, ARGOS HOLDINGS GP, INC., individually and d/b/a PETSMART and/or PETSMART, LLC, and/or ARGOS INTERMEDIATE HOLDCO III, LLC, individually and d/b/a PETSMART and/or PETSMART, LLC, in a just and proper amount, for the cost of this action, including pre-judgment and post-judgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

**Law Offices of Moseley & Martinez, LLC**

*/s/ Jason R. Moseley*
Jason R. Moseley, # 29397-45
*Attorney for Plaintiff*

*/s/ Miguel F. Martinez*
Miguel F. Martinez, #29012-49
*Attorney for Plaintiff*

*/s/ James A. Hoffman*
James A. Hoffman, #35252-64
*Attorney for Plaintiff*

12-21-2022                    302066826040001                    6020221221046002

**LAW OFFICES OF MOSELEY & MARTINEZ, LLC**
Jason R. Moseley, # 29397-45
Miguel F. Martinez, #29012-49
**James A. Hoffman, #35252-64**
8002 Utah Street
Merrillville, Indiana 46410
219-472-8391

## MOTION FOR TRIAL BY JURY

COMES NOW the Plaintiff by and through counsel, Jason R. Moseley, Miguel F. Martinez, and James A. Hoffman of the LAW OFFICES OF MOSELEY & MARTINEZ, LLC, and hereby demands a Trial by Jury on all issues presented by way of this litigation.

Respectfully submitted,

**Law Offices of Moseley & Martinez, LLC**

*/s/ Jason R. Moseley*
Jason R. Moseley, # 29397-45
*Attorney for Plaintiff*

*/s/ Miguel F. Martinez*
Miguel F. Martinez, #29012-49
*Attorney for Plaintiff*

*/s/ James A. Hoffman*
James A. Hoffman, #35252-64
*Attorney for Plaintiff*

**LAW OFFICES OF MOSELEY & MARTINEZ, LLC**
Jason R. Moseley, # 29397-45
Miguel F. Martinez, #29012-49
**James A. Hoffman, #35252-64**
8002 Utah Street
Merrillville, Indiana 46410
219-472-8391

12-21-2022    302066826040001    6020221221046002